■ In the Matter of CECIL RICHARDSON, Petitioner, v WILLIAM A. WETZEL et al., Respondents. [849 NYS2d 188]—Application for

an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur— Tom, J.P., Friedman, Nardelli and Catterson, JJ.